# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| Federal Housing Finance Agency as Conservator for the Federal National Mortgage Association v. Raines, *et al.* (Middleton) | Civil Case No. 07-1221 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion, it is this **27** day of July, 2010, hereby

**ORDERED** that Fannie Mae's Motion to Dismiss Middleton's Shareholder Derivative Complaint [Civ. No. 07-1221, Dkt. #14] is **GRANTED**; it is further

**ORDERED** that Defendant Franklin D. Raines's Motion to Dismiss Middleton's Shareholder Derivative Complaint [Civ. No. 07-1221, Dkt. #15] is **GRANTED**; it is further

**ORDERED** that Defendant J. Timothy Howard's Motion to Dismiss Middleton's Shareholder Derivative Complaint [Civ. No. 07-1221, Dkt. #18] is **GRANTED**; it is further

**ORDERED** that FHFA's Motion for Approval of Voluntary Dismissal without Prejudice or, in the Alternative, To Stay Proceedings [Civ. No. 07-1221, Dkt. #58] is **DENIED**; it is further

**ORDERED** that the Individual Defendants' Motion to Dismiss with Prejudice for Failure to Prosecute [Civ. No. 07-1221, Dkt. #61] is **DENIED**; and it is further

**ORDERED** that the case is **DISMISSED** with prejudice as to all defendants.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge